1  Gene H. Shioda, Bar No. 186780
   James A. Kim, Bar No. 220763
2  LAW OFFICE OF GENE H. SHIODA
   5901 West Century Blvd. Suite 750
3  Los Angeles, CA 90045
   Telephone: (310) 348-7222
4  Facsimile: (310) 348-7220

5  Attorneys for Movant
   YIDAN HAN
6

7

8              **IN THE UNITED STATES DISTICT COURT**

9             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 | YIDAN HAN | Case No. |
12 | Plaintiff, | |
13 | vs. | **MOTION FOR ORDER PURSUANT CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978** |
14 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
15 | | |
16 | Defendants. | |

17

18

19              <u>**MOTION FOR ORDER**</u>

20      <u>**PURSUANT CUSTOMER CHALLENGE PROVISIONS**</u>

21

22      <u>**OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978**</u>

23      YIDAN HAN, move this Court pursuant to Section 1110 of the Right To

24
   Financial Privacy Act of 1978, 12 U.S.C. 3410, for an order preventing the
25

26 government from obtaining access to movant's financial records.  The agency

27 seeking access is the Unites States Securities and Exchange Commission.

28

Movant's financial records are held by Bank of America, N.A. ("Bank of America") is a National Banking Association principal executive office at the Bank of America Corporate Center, 100 North Tryon Street, Charlotte, NC 28255.

Bank of America does business throughout the State of California, including in the County of Los Angeles, and has provided personal checking account and other banking services to movant within the County of Los Angeles, California.

Movant has attached her sworn statement in support of this motion.

Dated: May 28, 2019        By: _____
                               GENE H. SHIODA.
                               Attorney for Movant
                               YIDAN HAN

**MOTION FOR ORDER PURSUANT CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978**